**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Harold James Hill,                                         Civil No. 06-4670 (RHK/JJG)

    Petitioner,                                              **ORDER**

v.

Robert Feneis,

    Respondent.

---

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

1. The Report and Recommendation (Doc. No. 4) is **ADOPTED**; and

2. This action is **DISMISSED WITHOUT PREJUDICE**.

Dated: February 20, 2007

                                                s/Richard H. Kyle
                                                RICHARD H. KYLE
                                                United States District Judge